# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

**FILED**

JAN - 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**MHP**

UNITED STATES OF AMERICA,

V.

**E-filing**

## CR 09     0012

LUIS MIGUEL SANCHEZ-GONZALEZ,
a/k/a Carmona Sanchez and
a/k/a Luis Carmona,

DEFENDANT(S).

## INDICTMENT

VIOLATION:
Title 8, United States Code, Section 1326 - Alien Found in the United
States After Deportation

A true bill.

_____
                        Foreman

Filed in open court this _____ day of

_____.

_____
                        Clerk

Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**FILED**

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT

☐ SUPERSEDING

─── **OFFENSE CHARGED** ───

Title 18 U.S.C. Section 1326 - Illegal Reentry (Class C Felony)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

# E-filing

PENALTY:  Maximum Prison Term of 20 Years;
Maximum Fine of $250,000;
Maximum Term of Supervised Release of 3 years;
Mandatory Special Assessment of $100;
Deportation.

➕

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JAN 6 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

─── **DEFENDANT - U.S** ───

▶ LUIS MIGUEL SANCHEZ-GONZALEZ

**MHP**

DISTRICT COURT NUMBER

**CR 09    0012**

─── **DEFENDANT** ───

─── **PROCEEDING** ───

Name of Complainant Agency, or Person (& Title, if any)

Immigration Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO. }

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO. }

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under }

Name and Office of Person
Furnishing Information on this form   JOSEPH P. RUSSONIELLO

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)   Jeane Hamilton

**IS *NOT* IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge

5) ☐ On another conviction }   ☐ Federal   ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   If "Yes" give date filed
☐ No

**DATE OF ARREST** ▶   Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

─── **ADDITIONAL INFORMATION OR COMMENTS** ───

PROCESS:
☐ SUMMONS   ☒ NO PROCESS*   ☐ WARRANT

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance

Defendant Address:

Comments:

Bail Amount:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Date/Time:   Before Judge:



1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4                              E-filing
5
6
7
8                       UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                         SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,          )   Criminal No.:
                                       )
13            Plaintiff,               )   CR 09          0012
                                       )
14       v.                            )   VIOLATION: Title 8, United States Code,
                                       )   Section 1326 – Illegal Reentry Following
15  LUIS MIGUEL SANCHEZ-               )   Deportation
    GONZALEZ,                          )
16  a/k/a Carmona Sanchez and          )
    a/k/a Luis Carmona,                )   SAN FRANCISCO VENUE
17                                     )
              Defendant.               )
18  _____ )

19                              INDICTMENT

20  The Grand Jury charges:

21       On or about September 19, 2008, the defendant,

22                    LUIS MIGUEL SANCHEZ-GONZALEZ,
                          a/k/a Carmona Sanchez and
23                           a/k/a Luis Carmona,

24  an alien, was excluded, deported and removed from the United States, and thereafter, on or about

25  October 3, 2008, was found in the Northern District of California, the Attorney General of the

26  United States and the Secretary for Homeland Security not having expressly consented to a re-

27  application by the defendant for admission into the United States.

28       It is further alleged that the defendant was removed from the United States subsequent to

    INDICTMENT

1  the date of conviction for an aggravated felony.

2      All in violation of Title 8, United States Code, Section 1326.

3  DATED:                          A TRUE BILL.

4      1/6/09                      _Angeshaddemonline_

5                                  FOREPERSON

6  JOSEPH P. RUSSONIELLO
   United States Attorney

7

8  _____
   KYLE F. WALDINGER

9  Deputy Chief, Major Crimes Section

10
   (Approved as to form: _____
11              SAUSA JEANE HAMILTON

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT                        2